IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY NATIONAL RE SPC, | No. C 04-2208-SBA |
| Plaintiff, | |
| v. | **ORDER** |
| | [Docket Nos. 13 & 14] |
| LESLIE BRECKENRIDGE, | |
| Defendant. | |

_____

On February 1, 2005, the parties came before the Court for hearing on Defendant's Motion to Dismiss [Docket No. 13] and Plaintiff's Motion for Partial Summary Judgment [Docket No. 14]. This Order merely memorializes the Court's rulings at that hearing.

Accordingly,

For the reasons provided during the February 1, 2005 hearing, IT IS HEREBY ORDERED THAT the motions are DENIED.

IT IS SO ORDERED.

Dated: 8-22-05

SAUNDRA BROWN ARMSTRONG
United States District Judge